CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

DEC 17 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| WILLIAM R. HUFF,<br>*Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br>*Defendant.* | CIVIL ACTION NO. 6:09-cv-00042<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

On January 13, 2010, I referred this case to United States Magistrate Judge Michael F. Urbanski for proposed findings of fact and a recommended disposition. The Commissioner of Social Security subsequently filed a motion for summary judgment (docket no. 13), and the pro se Plaintiff filed a response brief in opposition to the motion (docket no. 20). Thereafter, on November 22, 2010, Judge Urbanski filed a Report and Recommendation ("Report") recommending that the Commissioner's motion be granted and the Commissioner's decision be affirmed.* After a review of the entire record in this case, and no objection having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. the Report of November 22, 2010, is ADOPTED in its entirety;

2. the Commissioner's motion for summary judgment (docket no. 13) is GRANTED;

3. the Commissioner's final decision in this case is AFFIRMED; and

---

*  The Report specifically directed the Clerk of the Court to mail a copy of the Report to the pro se Plaintiff and to his daughter, Heather Olszyk.

4. this action is DISMISSED from the Court's active docket.

The Clerk of the Court is directed to send a certified copy of this Order to the pro se Plaintiff, to the Plaintiff's daughter Heather Olszyk, to all counsel of record, and to United States Magistrate Judge Michael F. Urbanski.

It is so ORDERED.

ENTERED this 17th day of December, 2010.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE